2. Whether the Superior Court correctly determined that Section 9712.1(a) was applicable to Petitioner's case?

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Jameen WARREN, Respondent.**

Supreme Court of Pennsylvania.

Sept. 12, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 12th day of September, 2011, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter **REMANDED** to that court for proceedings consistent with *Commonwealth v. Jette,* 23 A.3d 1032 (Pa.2011).

Jurisdiction relinquished.

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jeffrey Peter THOMPSON, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 20, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 20th day of September, 2011, the Application for Appointment of Counsel and the Petition for Allowance of Appeal are hereby **DENIED.**